## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LISA D. KULLMAN,

                Plaintiff,

                                          Case No. 8:13-cv-225-T-24-MAP

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security

                Defendant.
_____/

## <u>ORDER</u>

This cause is before the Court on Plaintiff's Consent Petition for Attorney Fees.  (Dkt. 20).
On February 11, 2014, this Court entered an order reversing the Commissioner's decision and
remanding for further administrative proceedings (Dkt. 18), and on February 12, 2014, judgment
was entered accordingly (Dkt. 19).  Plaintiff now seeks attorney's fees in the amount of $7,000.00
and costs of $35.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Defendant
does not object.

For the reasons set out in Plaintiff's motion, it is hereby **ORDERED and ADJUDGED**
that:

1.      Plaintiff's Consent Petition for Attorney Fee (Dkt. 20) is **GRANTED**.

2.      Plaintiff is awarded attorney's fees in the amount of $7,000.00 and costs of $35.00.
If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal
debt, the government will accept Plaintiff's assignment of EAJA fees and pay fees directly
to Plaintiff's counsel.

**DONE AND ORDERED** at Tampa, Florida, this 14th day of April, 2014.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Mark A. Pizzo
Counsel of Record